UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 09-20392-CIV-KING/BANDSTRA

CATHERINE BEACK,

    Plaintiff,

v.

THE PUBLIC HEALTH TRUST OF
MIAMI-DADE COUNTY, d/b/a
JACKSON MEMORIAL HOSPITAL,

    Defendant.

_____/

## ORDER REJECTING JOINT SCHEDULING REPORT AS MOOT, AND ORDERING PLAINTIFF TO SUBMIT PROPOSED DEFAULT JUDGMENT

THIS CAUSE comes before the Court upon the Parties' Joint Scheduling Report, filed June 19, 2009 (D.E. #12).

A review of the docket, however, reveals that the Parties' Scheduling Report is moot. On June 1, 2009, the Court directed the Defendant to "file its answer to Plaintiff's Complaint within twenty (20) calendar days from the date of this Order." (D.E. #11). According to the Clerk's docket sheet, the answer was not filed as ordered. As a result, the Court finds that the Defendant is in default.

Accordingly, after careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** that the Parties Joint

1

Scheduling Report **(D.E. #12)** be, and the same is hereby, **REJECTED as moot**.

Furthermore, the Plaintiff is hereby **DIRECTED TO SUBMIT** a proposed default judgment **on or before Monday, June 29, 2009 by 5:00 p.m**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United State Courthouse, Miami, Florida, this 23rd day of June, 2009.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

<u>**Counsel for Plaintiff**</u>
**Frank M. Shooster**
**Tiffany B. Kleinman**
Shooster Kahn & Kleinman
777 S. State Road 7
Margate, FL 33068

<u>**Counsel for Defendants**</u>
**Eric A. Rodriguez**
Dade County Attorney's Office
111 N.W. 1st Street
Suite 2810
Miami, FL 33128-1993